

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00517-CR

Steven Perez
v.
The State Of Texas

On appeal from the
117th District Court of Nueces County, Texas
Trial Cause No. 07CR159-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED FOR LACK OF JURISDICTION in accordance with its opinion.

We further order this decision certified below for observance.

November 3, 2016.